IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                          Case No. 1:22cr30 AW

MATTHEW SIMON GRIMM
_____/

## BILL OF PARTICULARS REGARDING FORFEITURE

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and, pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, now particularly alleges that the following property is subject to forfeiture on the basis of the allegations in the Superseding Indictment filed in the above-styled criminal case:

A. 20.000293 Bitcoin seized from the cryptocurrency wallet with recovery seed where the first two words were "accident connect" containing the address: 17oWp4TCtYz8FwUnhwx3RpyWsWvdhMz6jn;

B. 20.77381615 Bitcoin, 3,004,993.651899 Tron, 2,000,000.53 VeChain, 7,969.971897 Tezos, 100,000.147385 MATIC, 615.018 ATOM, and 100,921.827 ZIL seized from the cryptocurrency wallet with recovery

1

seed where the first two words were "color other" containing the address:   1LAh7PQwpd1uGiLHae5C5Xz9QXse3y2phq;

C. 30.67925161 Bitcoin, 100,062.1924 Golem, 99.92211748095962364 Ethereum, and 79,990.579233 Ripple seized from the cryptocurrency wallet with recovery seed where the first two words were "cube labor" containing the address: 1P9tZhSjRAYXBHB5UrLS4USYs4KUJbqtUg;

D. 35.00779008 Bitcoin, 31.005839144602611971 Ethereum, 371,767.514926 Cardano, and 19,990.855385 Ripple seized from the cryptocurrency wallet with recovery seed where the first two words were "fossil foster" containing the address: 13MkT2G99YXv2p6iGALAvx53moTHjwbDVi;

E. 1.99765087 Bitcoin seized from the cryptocurrency wallet with recovery seed where the first two words were "issue pill" containing the address:   15yqWQ4sqr7jzCwDtZ3U1KaCa8WMEy7Mm2;

F. 42.59760482 Bitcoin seized from the cryptocurrency wallet with recovery seed where the first two words were "rain wrong" containing the address:   19GrL5jnUkGmHXVcraB1Etv5rXCANeLWpq;

G. 0.15386283 Bitcoin seized from the cryptocurrency wallet with recovery seed where the first two words were "vault tail" containing the address:   1N8n71NcLEa1Evg8V8GA6quQwCZRfayCMC; and

H. 60.00026227 Bitcoin seized from the cryptocurrency wallet with recovery seed where the first two words were "candy physical" containing the address:   391YkeB4M8r9b8htYmEYs363dar3turh8K.

Dated this 28th day of March, 2023.

                                            Respectfully submitted,

                                            JASON R. COODY
                                            United States Attorney

                                            */s/ Christopher M. Elsey*
                                            CHRISTOPHER M. ELSEY
                                            Assistant U. S. Attorney
                                            Florida Bar # 0062475
                                            401 SE First Ave, Ste 211
                                            Gainesville, Florida 32601
                                            Telephone: (352) 378-0996
                                            Email: Christopher.Elsey@usdoj.gov