
SMOKEYS C[h]em SITE
Missing Orders
Shipping
Orders
Products
Sky High
Logout
NAVIGATION
Dashboard
Journal
Catalog
Extensions
Design
Sales
Customers
Marketing
System
Reports
Orders Completed -0%
Orders Processing 0%
Other Statuses 0%
Dashboard
Home › Dashboard
TOTAL ORDERS 0%
44.6K
View more...
TOTAL SALES 0%
5.5M
View more...
TOTAL CUSTOMERS 0%
50K
View more...
PEOPLE ONLINE
0
View more...
World Map
Sales Analytics
Orders
Customers
Recent Activity
No results!
Latest Orders
Order ID
Customer
Status
Date Added
Total
Action
212090
[redacted]
Bitcoin Payment Completed
06/11/2022 - 08:48:52 PM
€36.99
212088
Pending
06/11/2022 - 08:33:30 PM
€41.99
212087
Pending
06/11/2022 - 07:41:47 PM
€36.99
212044
Dispatched
06/11/2022 - 07:31:06 PM
€28.99
212085
Pending
06/11/2022 - 07:02:07 PM
€39.49
OpenCart © 2009-2022 All Rights Reserved.
Version 3.0.3.7