U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION



| | | |
|---|---|---|
| 1. Program Code | 2. Cross File ☒ [redacted] ☐ ☐ ☐ ☐ — Related Files | [redacted] [redacted] |
| 5. By: C.L Blankenship, IRS<br>At: Miami FD DOMEX Group | | [redacted] |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | 8. Date Prepared 05-10-2023 |
| 9. Other Officers: Investigative Contract Analyst Olivia Santiago | | |
| 10. Report Re: Intelligence Regarding Summary of Smokeyschemsite.com Products Shipped to the United States (N-59) | | |

**SYNOPSIS:**

1. Task Force Officer (TFO) James Bray from the Drug Enforcement Administration (DEA), Gainesville Resident Office requested assistance from the Office of Special Intelligence (NSE) on 04/11/2023 with the analysis of a Microsoft (MS) Excel file containing content derived from non-drug exhibit N-59 pertaining to Gainesville investigation [redacted]\ SMOKEYSCHEMSITE.com ([redacted]). This request is supported under general file [redacted].

   A. Reference is made to Report of Investigation (ROI) written by TFO James Bray under file number [redacted] on 01/11/2023 titled "Acquisition of Non-Drug Exhibit N-59 in Gainesville, FL on January 11, 2023."

   B. Reference is made to ROI written by TFO James Bray under file number [redacted] on 02/13/2023 titled "Acquisition of Exhibits N-51(a), N-52(a), N-56(a), and N-59(a) on February 13, 2023 in Gainesville, FL."

| | | |
|---|---|---|
| 11. Distribution:<br>Division GAINESVILLE, FL RESIDE<br>District<br>Other SARI | 12. Signature (Agent)<br>/s/ Cheryl L Blankenship, IRS | 13. Date<br>05-10-2023 |
| | 14. Approved (Name and Title)<br>/s/ Betty J Irvine, Unit Chief | 15. Date<br>05-10-2023 |



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | [redacted] |
| 4. **Page 2 of 10** | |
| 5. Program Code | 6. Date Prepared 05-10-2023 |

**DETAILS:**

1. In November 2022, the Department of Justice, Office of International Affairs submitted a Mutual Legal Aid Treaty (MLAT) to Cyprus requesting server data for the Clearnet drug marketplace www.smokeyschemsite.com. On 01/11/2023, TFO James Bray acquired exhibit N-59 which was a letter from the U.S. Department of Justice, Office of International Affairs, business records certification, and a small box containing what appeared to be a hard drive (Reference A). On 02/13/2023, TFO James Bray received, from the DEA Digital Evidence Laboratory (SFL9), a FedEx box containing archive discs containing the forensic files for Exhibit N-59 (Reference B).

2. On 04/17/2023, DOMEX received a copy of a MS Excel file titled "Smokeyschemsite.com Products Shipped to the United States.xlsx" which was generated by SFL-9 from data contained in N-59. This document is herein referred to as the "Products Shipped Table".

3. On 04/19/2023, DOMEX received a MS Excel file titled "Control Status Table for TFO Bray.xlsx" which was generated by DEA, Diversion Control Division (DC), Drug and Chemical Evaluation Section (DOE) and contained a list of controlled substances and their status. This document is herein referred to as the "Control Status Table"

4. To view the "Products Shipped Table" and the "Control Status Table", refer to Attachment_1_KD-20-0009_Original MS Excel Files.zip. To view



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | [redacted] |
|---|---|
| 4. Page 3 of 10 | |
| 5. Program Code | 6. Date Prepared 05-10-2023 |

DOMEX tables and charts, refer to Attachment_2_KD-20-0009_Products Shipped to US.xlsx.

5. DOMEX reviewed the data according to the below Priority Intelligence Requirement (PIR) determined by TFO James Bray on 04/17/2023.

   A. In the "Products Shipped Table", isolate the substances that appear on the "Control Status Table". Generate a summary of the "Products Shipped Table" that includes total quantity shipped, total cost, and the date range of activity.

6. (PIR A) The below table identifies substances measured in grams that appeared in both the "Products Shipped Table" and the "Control Status Table". A total of 48 substances were identified totaling 8,244 grams from 11/01/2018 through 11/04/2022 with a total cost of 563,791.38 Euros.

**Substances Measured in Grams**

*Sorted Highest to Lowest by "Qty in Grams"*

| Name | Qty in Grams | Total Cost | Earliest Date | Latest Date |
|---|---|---|---|---|
| 2-FMA Hydrochloride | 1,658 | € 100,295.00 | 01/23/2020 | 11/03/2022 |
| 3-FPM Powder | 1,106 | € 73,087.00 | 11/02/2018 | 10/30/2022 |
| 6-APB | 918 | € 60,820.00 | 11/02/2018 | 11/04/2022 |



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

*(Continuation)*

[redacted]

4.
**Page 4 of 10**

5. Program Code

6. Date Prepared
05-10-2023

| Name | Qty in Grams | Total Cost | Earliest Date | Latest Date |
|---|---|---|---|---|
| 3-MMC FINE CRYSTAL | 695 | € 39,710.00 | 11/01/2018 | 03/31/2021 |
| 3-MMC Powder | 610 | € 35,815.00 | 11/07/2018 | 03/31/2021 |
| 3-MeO-PCP | 608 | € 52,645.00 | 01/11/2019 | 10/22/2021 |
| Ethyl-Hexedrone | 570 | € 41,382.14 | 11/01/2018 | 02/28/2021 |
| NEP | 554 | € 28,266.61 | 02/09/2019 | 02/16/2021 |
| 3-FMA Hydrochloride | 354 | € 16,440.00 | 01/27/2020 | 11/03/2022 |
| 5F-MDMB-2201 | 164 | € 29,499.00 | 11/02/2018 | 10/22/2020 |
| GoGaine Powder | 157 | € 9,296.00 | 11/02/2018 | 11/02/2022 |
| Ephylone | 124 | € 10,308.00 | 11/01/2018 | 06/16/2020 |
| 5-MeO-DMT | 98 | € 14,425.00 | 11/28/2018 | 02/07/2021 |
| Hexecaine | 68 | € 3,935.00 | 11/01/2018 | 02/14/2021 |
| 4-CMC FINE CRYSTAL | 58 | € 2,635.00 | 12/20/2018 | 12/07/2021 |
| Charley Sheen | 42 | € 2,742.00 | 11/21/2018 | 10/21/2022 |
| 4-HO-MET Fumarate | 41 | € 8,275.00 | 04/02/2020 | 10/28/2022 |
| 3-MEC | 36 | € 1,325.00 | 04/20/2019 | 08/13/2021 |
| Mad Cat | 35 | € 2,672.00 | 12/21/2018 | 09/19/2022 |
| 4-CL-PVP | 34 | € 770.00 | 06/08/2019 | 02/08/2020 |
| Ching Powder | 34 | € 1,258.00 | 12/27/2018 | 08/15/202 |



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

*(Continuation)*

[redacted]

4.


5. Program Code

6. Date Prepared
05-10-2023

| Name | Qty in Grams | Total Cost | Earliest Date | Latest Date |
|---|---|---|---|---|
| | | | | 1 |
| 5-CL-ADB-A | 30 | € 7,106.00 | 05/24/2020 | 08/24/2021 |
| B2 Caine | 22 | € 1,345.00 | 11/29/2018 | 10/21/2022 |
| Banshee Dust | 22 | € 1,027.50 | 12/24/2018 | 10/21/2022 |
| Candi Flip | 21 | € 572.50 | 02/16/2019 | 10/01/2022 |
| B3 Powder | 19 | € 1,087.50 | 02/19/2019 | 10/29/2022 |
| 4-CEC Rice Crystal | 17 | € 788.00 | 01/15/2019 | 10/29/2022 |
| B2 Ultra Blend | 15 | € 981.25 | 11/12/2018 | 04/16/2020 |
| 4F-MDMB-Bianca | 14 | € 1,819.00 | 04/28/2020 | 01/22/2021 |
| 3-MEC and 4-CMC Combo Pack | 13 | € 1,148.00 | 03/09/2019 | 06/27/2021 |
| BMDP | 12 | € 498.00 | 02/03/2020 | 12/11/2021 |
| 4-HO-MIPT Fumarate | 11 | € 2,610.00 | 02/17/2020 | 06/28/2022 |
| Chronic Haze Loose Incense | 11 | € 1,550.00 | 11/30/2018 | 01/04/2021 |
| 4-AcO-MiPT Fumarate | 10 | € 1,250.00 | 04/02/2020 | 05/23/2022 |
| Candi Flip & 3-MEC Combo Deal | 8 | € 541.25 | 11/04/2020 | 09/14/2021 |
| CHRONIC HAZE EXTREME | 7 | € 212.50 | 01/14/2019 | 08/28/2020 |
| Mad Cat Ultra | 7 | € 458.75 | 04/22/2019 | 01/22/2021 |
| Dibutylone | 7 | € 626.00 | 11/04/2018 | 12/05/2018 |



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

[redacted]

**REPORT OF INVESTIGATION**

*(Continuation)*

4. Page 6 of 10

5. Program Code

6. Date Prepared 05-10-2023

| Name | Qty in Grams | Total Cost | Earliest Date | Latest Date |
|---|---|---|---|---|
| 4-AcO-DET Fumarate | 7 | € 1,370.00 | 05/06/2020 | 08/27/2021 |
| FUNKY BUDDHA BLEND | 7 | € 170.00 | 06/30/2019 | 08/24/2020 |
| 5-MeO-MiPT Hydrochloride | 4 | € 1,020.00 | 03/07/2020 | 10/07/2020 |
| 4-HO-DET Fumarate | 3 | € 480.00 | 03/25/2021 | 06/06/2021 |
| DPT | 3 | € 670.00 | 10/20/2019 | 11/02/2020 |
| B2 Blend | 3 | € 294.38 | 01/23/2019 | 08/23/2021 |
| Chronic Haze Lemon Incense | 2 | € 77.50 | 10/16/2020 | 01/21/2021 |
| 5-MeO-DiPT Hydrochloride | 2 | € 380.00 | 04/29/2020 | 07/23/2020 |
| B2 & CANDI FLIP COMBO | 2 | € 87.50 | 05/29/2020 | 08/20/2022 |
| 4-CMC JEMNÉ KŘIŠŤÁLOVÉ SKLO | 1 | € 20.00 | 03/24/2021 | 03/24/2021 |
| **Total** | **8,244** | **€ 563,791.38** | **11/01/2018** | **11/04/2022** |

7. (PIR A) The below table identifies substances measured in kilograms that appeared in both the "Products Shipped Table" and the "Control Status Table". A total of two substances were identified totaling three kilos from 12/02/2018 through 08/28/2019 with a total cost of 10,000.00 Euros.

**Substances Measured in Kilos**



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**

*(Continuation)*

[redacted]

4.
**Page 7 of 10**

5. Program Code

6. Date Prepared
05-10-2023

*Sorted Highest to Lowest by "Qty in Kilos"*

| Name | Qty in Kilos | Total Cost | Earliest Date | Latest Date |
|---|---|---|---|---|
| 5F-MDMB-2201 | 2 | € 7,000.00 | 12/02/2018 | 08/28/2019 |
| NEP | 1 | € 3,000.00 | 03/27/2019 | 03/27/2019 |
| **Total** | **3** | **€ 10,000.00** | **12/02/2018** | **08/28/2019** |

8. (PIR A) The below table identifies substances measured in milligrams that appeared in both the "Products Shipped Table" and the "Control Status Table". A total of 14 substances were identified totaling 1,985 mg from 11/01/2018 through 11/03/2022 with a total cost of 65,959.96 Euros.

**Substances Measured in Milligrams**

*Sorted Highest to Lowest by "Qty in milligrams"*

| Name | Qty in Mgs | Total Cost | Earliest Date | Latest Date |
|---|---|---|---|---|
| 4-HO-MET Fumarate | 471 | € 19,779.76 | 03/25/2020 | 10/30/2022 |
| 3-MeO-PCP | 428 | € 8,115.00 | 01/12/2019 | 10/14/2021 |
| 5-MeO-DMT | 239 | € 8,348.00 | 11/16/2018 | 02/11/2021 |
| 5-MeO-MiPT Hydrochloride | 203 | € 7,760.00 | 02/05/2020 | 02/14/2021 |
| 4-HO-MIPT Fumarate | 194 | € 8,410.00 | 01/24/2020 | 11/01/2022 |
| 6-APB | 183 | € 3,740.00 | 11/01/2018 | 11/03/2022 |
| DPT | 73 | € 2,950.00 | 12/08/2018 | 01/28/2021 |
| 4-AcO-DET Fumarate | 68 | € 2,736.02 | 02/17/2020 | 10/10/2022 |
| 4-HO-DET Fumarate | 38 | € 1,690.00 | 01/24/2020 | 07/19/2022 |
| 5-MeO-DiPT Hydrochloride | 38 | € 1,230.00 | 02/13/2020 | 12/19/2020 |



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

*(Continuation)*

[redacted]

4.
**Page 8 of 10**

5. Program Code

6. Date Prepared
05-10-2023

| Name | Qty in Mgs | Total Cost | Earliest Date | Latest Date |
|---|---|---|---|---|
| 4-AcO-MiPT Fumarate | 26 | € 845.68 | 02/02/2020 | 11/03/2022 |
| Banshee Dust | 10 | € 187.50 | 03/09/2019 | 11/02/2022 |
| Ching Powder | 8 | € 96.00 | 04/02/2019 | 03/22/2021 |
| Mad Cat | 6 | € 72.00 | 01/15/2019 | 10/17/2022 |
| **Total** | **1,985** | **€ 65,959.96** | **11/01/2018** | **11/03/2022** |

9. (PIR A) The below table identifies substances sold as blotters that appeared in both the "Products Shipped Table" and the "Control Status Table". One substance was identified totaling 2,373 blotters from 11/02/2018 through 11/04/2022 with a total cost of 178,350.64 Euros.

**Substance Sold as Blotters**

| Name | No. of Blotters | Total Cost | Earliest Date | Latest Date |
|---|---|---|---|---|
| 1P-LSD 100mcg Blotters | 2,373 | € 178,350.64 | 11/02/2018 | 11/04/2022 |
| **Total** | **2,373** | **€ 178,350.64** | **11/02/2018** | **11/04/2022** |

10. (PIR A) The below table identifies substances sold as capsules that appeared in both the "Products Shipped Table" and the "Control Status Table". A total of three substances were identified totaling 20 capsules from 11/24/2018 through 01/27/2022 with a total cost of 508.76 Euros.



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** *(Continuation)* | [redacted] |
|---|---|
| 4. Page 9 of 10 | |
| 5. Program Code | 6. Date Prepared 05-10-2023 |

**Substances Sold as Capsules**

*Sorted Highest to Lowest by "No. of Capsules"*

| Name | No. of Capsules | Total Cost | Earliest Date | Latest Date |
|---|---|---|---|---|
| Candi Flip Capsules | 12 | € 325.00 | 11/24/2018 | 01/27/2022 |
| B2 Capsules | 5 | € 137.50 | 03/09/2019 | 11/14/2020 |
| Black Cats Capsules | 3 | € 46.26 | 01/02/2020 | 10/23/2020 |
| **Total** | **20** | **€ 508.76** | **11/24/2018** | **01/27/2022** |

11. (PIR A) The below table identifies substances sold as pellets that appeared in both the "Products Shipped Table" and the "Control Status Table". A total of 12 substances were identified totaling 1,385 pellets from 11/01/2018 through 07/06/2022 with a total cost of 75,205.82 Euros.

**Substances Sold as Pellets**

*Sorted Highest to Lowest by "No. of Pellets"*

| Name | No. of Pellets | Total Cost | Earliest Date | Latest Date |
|---|---|---|---|---|
| 2-FMA Hydrochloride 30mg Pellets | 291 | € 17,249.00 | 01/24/2020 | 05/14/2022 |
| 4F-MPH Pellets | 281 | € 13,177.00 | 12/07/2019 | 05/06/2022 |
| DOC 2.5mg Pellets | 207 | € 6,260.00 | 11/02/2018 | 12/15/2020 |
| 6-APB 100mg Pellets | 131 | € 7,264.00 | 01/21/2021 | 05/05/2022 |
| 3-FPM 50mg Pellets | 115 | € 7,253.00 | 11/03/2018 | 05/15/2022 |



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** *(Continuation)* | [redacted] [redacted] | [redacted] |
|---|---|---|
| 4. **Page 10 of 10** | [redacted] | |
| 5. Program Code | 6. Date Prepared 05-10-2023 | |

| | | | | |
|---|---|---|---|---|
| 3-MMC Pellets - 150mg | 103 | € 6,707.00 | 01/08/2020 | 02/12/2021 |
| Dr Buzz Pellets | 82 | € 6,002.68 | 11/10/2018 | 07/06/2022 |
| 4-HO-MET Fumarate 20mg Pellets | 61 | € 3,290.00 | 01/25/2020 | 05/15/2022 |
| 3-MMC 100mg Pellets | 58 | € 4,551.00 | 11/01/2018 | 01/16/2020 |
| 4-HO-MiPT 20mg Pellets | 28 | € 1,181.14 | 11/09/2018 | 01/21/2022 |
| 1P-LSD-PELLETS | 26 | € 2,251.00 | 08/21/2020 | 02/20/2021 |
| Formula X Pellets | 2 | € 20.00 | 01/18/2019 | 01/19/2020 |
| **Total** | **1,385** | **€ 75,205.82** | **11/01/2018** | **07/06/2022** |

**ATTACHMENTS:**

1. Attachment_1_KD-20-0009_Original MS Excel Files.zip
2. Attachment_2_KD-20-0009_Products Shipped to US.xlsx

**INDEXING:**

3. SMOKEYSCHEMSITE.COM - [redacted]



**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.